COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of A.F. aka A.N.F. v. Department of Family and Protective Services

Appellate case number:    01-20-00722-CV

Trial court case number:    2018-05250J

Trial court:    313th District Court of Harris County

This case is a priority, accelerated appeal of a decree terminating the appellant's parental rights to his child, A.F. *See* TEX. R. JUD. ADMIN. 6.2(a), reprinted in TEX. GOV'T CODE, tit. 2, subtit. F—Appendix (appeal from suit terminating the parent-child relationship filed by governmental agency must be disposed by court of appeals within 180 days of the filing of notice of appeal). The notice of appeal was prematurely filed in this case on October 15, 2020, before the trial court signed the final judgment on December 4, 2020. Under Rule 6.2(a), the deadline for this Court's disposition of this appeal is June 2, 2021.

Appellant is indigent, and he is represented by appointed counsel, Angela Ellis. *See* TEX. FAM. CODE § 107.013(a)(1) (statutory right of indigent parent to appointed counsel in suit filed by governmental entity seeking termination of the parent-child relationship); *id.* § 107.016(2) (indigent parent's right to counsel continues through exhaustion of appeals).

On March 16, 2021, after having granted three extensions of time to file the brief, we abated this appeal and ordered the trial court to hold a hearing regarding Ms. Ellis's ability to continue with this representation. On March 25, 2021, Ms. Ellis filed a brief on behalf of the appellant. The same day, the trial court held the hearing and determined that the issues were moot because the brief had been filed.

On April 6, 2021, we notified the parties that the appellant's brief included an unredacted appendix, which fails to protect the minor's identity as required by Texas Rule of Appellate Procedure 9.8, and the brief did not comply with appellate briefing rules. *E.g.*, TEX. R. APP. P. 38.1(i). We ordered the appellant to file an amended brief by April 12, 2021.

On April 13, 2021, appellant filed a motion for extension of time to file the amended brief, seeking an extension until April 14, 2021. We granted the extension of time requested. The appellant has not filed an amended appellant's brief.

Accordingly, we **abate** this appeal, and we **order** the trial court to take the following actions:

(1)     The trial court will hold a show cause hearing on the record within 10 days of the date of this order to determine whether an amended appellant's brief that complies with Rules 9.8 and 38.1 of the Texas Rules of Appellate Procedure has been filed.

(2)     If the trial court determines that no compliant amended appellant's brief has been filed, the court shall appoint new appellate counsel for the father, unless Ms. Ellis can show good cause for continuing her representation and can demonstrate that her continued representation of the father will not prejudice his legal rights in light of the accelerated disposition timeframe for this case.

(3)     The trial court will enter any necessary orders and issue findings of fact and conclusions of law within 3 days of the date of the show cause hearing.

In addition, we **order** the court reporter and the trial court clerk to take the following action within 5 days from the date of the show cause hearing:

(1)     The court reporter will file with this court a supplemental reporter's record of the show cause hearing.

(2)     The trial court clerk will file a supplemental clerk's record including the trial court's findings of fact and conclusions of law and any orders issued since the date of this order.

The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and the supplemental reporter's record are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

It is so **ORDERED**.


Judge's signature: _____/s/ Peter Kelly_____
                                    ☑ Acting individually     ☐ Acting for the Court


Date:   ___May 6, 2021_____